# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 15, 2021

Lyle W. Cayce
Clerk

No. 20-10931
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Hannah Nicole Edwards,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:20-CR-82-1

Before Smith, Stewart, and Higginson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Hannah Edwards has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Edwards has filed a response. The record is not sufficiently developed to allow us to make a fair

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-10931

evaluation of Edwards's claim of ineffective assistance of counsel; we therefore decline to consider that claim, without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, relevant portions of the record, and Edwards's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.